# EXHIBIT A

## REDACTED



REDACTED

**Without Cause**.  Target may terminate at any time by providing thirty (30) days' prior written notice to Supplier. REDACTED

REDACTED

REDACTED

REDACTED

REDACTED



REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED