# EXHIBIT B

## REDACTED

REDACTED

| | |
|---|---|
| Program Agreement effective date ("PA Effective Date") | January 1, 2018 |
| Program Agreement expiration date ("PA Expiration Date") | December 31, 2023 |
| | REDACTED |

R REDACTED

R   REDACTED   This Program Agreement documents the specific business terms pursuant to which Target may issue Orders to Supplier for the purchase of Goods and/or Services. REDACTED

REDACTED



REDACTED

5.5.   <u>Target's Obligation on Termination</u>.  Target's sole obligation to Supplier upon termination is to pay Supplier for such conforming Goods or Services purchased under an Order prior to the date of termination, less any amounts due and payable by Supplier to Target hereunder.

5.6.   <u>Supplier's Obligation on Termination</u>.  Upon termination, Supplier must, at its sole cost and in addition to any other requirements, REDACTED

REDACTED

REDACTED (2) immediately return to Target any Target assets.

R  Purchase Terms. REDACTED

REDAC  Price.  Target will pay Supplier for the Goods and Services provided at the rates listed on Exhibit B.

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED Supplier understands and agrees that these numbers are estimates only and Target is not obligated to any specific quantity of Goods or Services. REDACTED

REDACTED Supplier agrees and acknowledges that (i) Supplier does not have any kind of exclusive relationship with Target, and (ii) Target may purchase or acquire (or direct an affiliate of Target to purchase or acquire) Goods or Services from multiple sources, at Target's sole and absolute discretion.

REDACTED

REDACTED

REDACTED

REDACTED



REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

3.2.3.11.1. At the point of sale, Target team members are instructed to collect Product that is not specifically requested to be kept by guests. This Product will be combined at the store in Supplier provided Hanger Collection Boxes.

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED



REDACTED



## SCHEDULE OF TARGET ASSETS

| REDACTED | | |
|---|---|---|
| Garment hangers, size caps and connectors used by Target for a number of purposes | REDA | |

REDACTED