# EXHIBIT C
## REDACTED

















