# EXHIBIT D
## REDACTED

















