

## Ciresi Conlin LLP

Barry M. Landy
Partner

E: BML@CiresiConlin.com
P: 612-361-8224

225 South 6th St.
Suite 4600
Minneapolis, MN 55402
612-361-8200
CiresiConlin.com

**VIA EMAIL**

April 2, 2020

The Honorable David T. Schultz
United States District Court
300 South Fourth Street
Minneapolis, MN 55415
E-mail: Schultz_chambers@mnd.uscourts.gov

Re:   *Target Corporation v. Braiform Enterprises, Inc.*
      *Case No. 19-cv-2179-MJD-DTS*

Dear Magistrate Judge Schultz,

On behalf of our client, Defendant and Counterclaim-Plaintiff Braiform Enterprises, Inc. ("Braiform"), we write to inform you that due to actions taken by Plaintiff and Counterclaim-Defendant Target Corporation coupled with recent events, Braiform intends to file for bankruptcy shortly in the United States (as well as jurisdictions across the globe). Given that an automatic stay will be entered once Braiform files for bankruptcy, Braiform respectfully requests a 60 day stay of all deadlines in the case during which time it intends to file for bankruptcy. Braiform will inform the Court immediately upon filing for bankruptcy.

We are happy to discuss further should the Court have any questions.

Sincerely,

*/s/Barry M. Landy*

Barry M. Landy

BML/ljw
cc:   Anne M. Lockner, Esq.
      Geoffrey H. Kozen, Esq.