UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Target Corporation,<br>    Plaintiff / Counter-Defendant,<br>v.<br>Braiform Enterprises Inc.,<br>    Defendant / Counter-Plaintiff,<br>v.<br>Mainetti USA, Inc.<br>    Counter-Defendant. | Case No. 19-cv-2179-MJD-DTS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

The above-captioned matter having settled, Plaintiff / Counter-Defendant Target Corporation, and Defendant / Counter-Plaintiff Braiform Enterprises Inc., by their respective attorneys, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and Fed. R. Civ. P. 41(c), hereby stipulate to a dismissal with prejudice of all of their respective claims and counterclaims asserted in the above-captioned action, each party to bear its own attorneys' fees and costs.

Dated:  May 11, 2020            **ROBINS KAPLAN LLP**

                                               By: */s/Anne M. Lockner*
                                                  Anne M. Lockner (MN 0295516)
                                                  Geoffrey H. Kozen (MN 0398626)
                                                  800 LaSalle Avenue, Suite 2800
                                                  Minneapolis, MN 55042
                                                  Telephone : (612) 349-8500
                                                  Fax : (612) 339-4181
                                                  alockner@robinskaplan.com
                                                  gkozen@robinskaplan.com

                                                  **COUNSEL FOR TARGET CORPORATION**

Dated: May 11, 2020 **CIRESI CONLIN LLP**

By: */s/Barry M. Landy*
    Jan M. Conlin (MN 192697)
    Barry M. Landy (MN 0391307)
    Kyle W. Wislocky (MN 0393492)
    225 South Sixth Street, Suite 4600
    Minneapolis, MN 55402
    Telephone: (612) 361-8200
    Fax: (612) 361-8217
    jmc@ciresiconlin.com
    bml@ciresiconlin.com
    kww@ciresiconlin.com

**COUNSEL FOR BRAIFORM ENTERPRISES, INC.**